IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NE COLORADO CELLULAR, Inc., a Colorado Corporation;<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF NORTH PLATTE, NEBRASKA,<br><br>  Defendant. | 4:14CV3088<br><br>**AMENDED PROGRESSION ORDER** |

A text e-mail motion (Filing #25) requests changes to deadlines and dates in the Final Progression Order (Filing #18).  The motion is granted.

IT IS ORDERED:

1) The telephonic conference with the undersigned magistrate judge will be held on April 14, 2015 at **10:30 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

2) The deadline for filing motions to dismiss and motions for summary judgment is March 23, 2015. [1]

3) The parties shall comply with all other stipulations and agreements recited in the Final Progression Order (Filing #18) which are not inconsistent with this order.

Dated this 6th day of March, 2015

BY THE COURT:

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed.  See NECivR 7.1.  For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.

*s/ Cheryl R. Zwart*
United States Magistrate Judge

4:14-cv-03088-JMG-CRZ Doc # 26 Filed: 03/06/15 Page 2 of 2 - Page ID # 63