IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NE COLORADO CELLULAR, INC., a Colorado Corporation d/b/a VIAERO WIRELESS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF NORTH PLATTE,<br><br>　　　　　Defendant. | 4:14-CV-3088<br><br>JUDGMENT |

　　　Pursuant to the accompanying Memorandum and Order, judgment in this case is entered in favor of plaintiff and against defendant.

　　　Dated this 4th day of June, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge